CLEWS v. ROCKFORD, ROCK ISLAND AND ST. LOUIS RAILROAD COMPANY, appellant.

*Attachment — when allowed.*

In an action for damages for a breach of contract to deliver bonds, *held* (following *Lawton* v. *Reil*, 34 How. 465), that an attachment under Code, § 229, could issue.

APPEAL from an order at the special term denying a motion to vacate an attachment. The action was brought by Henry Clews and another against the Rockford, Rock Island and St. Louis Railroad Company to recover the sum of $45,000 and interest, as

damages for the breach of an alleged contract to deliver to plaintiff certain town bonds. The defendant is a foreign corporation located and incorporated in Illinois.

*Henry J. Scudder* and *James S. Stearns*, for appellant.

*Crosby & Kent*, for respondents.

LAWRENCE, J.

The opinion holds that the case mentioned in the head-note, which states fully the point decided, disposes of this case.

*Judgment affirmed.*